# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
    V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

__Jerome Lee Buckinghorse__
Defendant

CASE NUMBER: 12-04314M-001-PCT-MEA

Upon motion of the __Government__, it is ORDERED that a preliminary hearing and detention hearing are set for __Monday, October 22, 2012__ at __9:00 am__
                                            Date                      Time

before __the Honorable Mark E. Aspey, United States Magistrate Judge__
                  Name of Judicial Officer

__United States District Court, 123 N. San Francisco, Flagstaff, Arizona__
            Location of Judicial Officer

Pending this hearing, probable cause having been shown for detention purposes, the defendant shall be held in custody by (the United States Marshal) (_____ Other Custodial Official _____) and produced for the hearing.

    DATED this 17th day of October, 2012.

*Mark E. Aspey* (signature)
Mark E. Aspey
United States Magistrate Judge